FILED

01/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0457

_____

IN THE MATTER OF:

X.G., A.G., and K.G.,                                          O R D E R

      Youths in Need of Care.

_____

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS ORDERED the Appellant has until February 18, 2022, within which to file her opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2022